RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/30/05
BY ___

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| MONTOYA JORDAN | CIVIL ACTION NUMBER 05-0531 |
| VERSUS | SECTION "P" |
| USA | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this petition for a writ of habeas corpus is **DENIED AND DISMISSED WITHOUT PREJUDICE**, ALLOWING HIM TO RE-FILE, IF NECESSARY, AFTER EXHAUSTION OF ADMINISTRATIVE REMEDIES.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 29th day of June, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE